THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYATT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>        Defendant. | CASE NO. C20-0493-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A jury trial in this matter is scheduled for September 27, 2021. (*See* Dkt. No. 24.) The deadline for dispositive motions recently passed, without either party filing dispositive motions. Accordingly, the Court ORDERS the parties to file a joint status report no later than June 25, 2021 informing the Court of the status of this case, which should include whether the parties intend to avail themselves of mediation.

DATED this 10th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0493-JCC
PAGE - 1